IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELYN VEITH, | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-01065 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| TYSON FRESH MEAT, INC., | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is Defendant's Motion for Summary Judgment. (Doc. No. 24, "Motion"). For the reasons discussed in the accompanying Memorandum Opinion, the Court **GRANTS** Defendant's Motion in part and **DENIES** it in part.

Specifically, with respect to Plaintiff's claims under the Tennessee Disability Act in her second cause of action and her claims under the Family Medical Leave Act in her third cause of action, the Motion is **GRANTED**, and the claims are **DISMISSED with prejudice**. With respect to Plaintiff's claims for failure to accommodate, disability discrimination, and ADA retaliation contained in her first cause of action,[1] the Motion is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the Memorandum Opinion, the Court declines to consider Plaintiff's "claim" for failure to engage in the interactive process as an independent cause of action under the ADA.